

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Byrne Oil Company,

* From the 91st District Court
  of Eastland County,
  Trial Court No. CV1945179.

Vs. No. 11-23-00157-CV

* October 19, 2023

Joe Walraven, individually and
d/b/a Rafter W Ranch,

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

Vs.

Jennifer Walraven, individually and as
heir of Joe Walraven,

This court has considered Jennifer Walraven's motion to dismiss this cross-appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the cross-appeal is dismissed. The remainder of this appeal as filed by Byrne Oil Company, remains active. The costs incurred by reason of this cross-appeal are taxed against Jennifer Walraven.